IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOE TORRES<br>Plaintiff<br><br>v.<br><br>UNITED STATES POSTAL SERVICE<br>Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. _____ |

## PLAINTIFF'S ORIGINAL COMPLAINT

### A. PARTIES

1. Plaintiff, JOE TORRES, is an individual that is a citizen of the State of Texas.

2. Defendant, the UNITED STATES POSTAL SERVICE, an agency of the United States of America, may be served by sending a copy of the summons and of the complaint to the U.S. Attorney for the Southern District of Texas, to the Attorney General of the United States, and to Defendant.

### B. JURISDICTION

3. The Court has jurisdiction over the lawsuit under 28 U.S.C. §1346(b) because the suit involves a claim against the United States for personal injury caused by the negligent act or omission of a government employee while acting within the scope of his employment. Plaintiff sustained bodily injuries as a result of an automobile collision with a vehicle negligently operated by JOSE RIOS while in the course and scope of his employment with the UNITED STATES POSTAL SERVICE.

### C. VENUE

4. Venue is proper in this district under 28 U.S.C. §1402(b) because the act/omission complained of occurred in this district.

## D. CONDITIONS PRECEDENT

5. Plaintiff timely presented this claim in writing to the United States Postal Service, the agency which employed JOSE RIOS. This suit is filed within six months after the agency's final written notice of its denial of the claim.

## E. FACTS

6. On June 9, 2018, on the 1800 block of Ayers Street near the intersection of 15th Street, in Nueces County, Texas, Plaintiff suffered multiple injuries including neck, mid-back, low back, left shoulder, left chest pain, headaches, dizziness, and other damages when the vehicle in which Plaintiff was operating collided with a vehicle owned by the UNITED STATES POSTAL SERVICE, a governmental agency and driven by the governmental agency's employee, who was acting in the course and scope of employment. The Defendant's employee, JOSE RIOS was exiting a private drive turning right when he failed to yield the right of way to the vehicle in which Plaintiff was operating. JOSE RIOS turned right directly into the path of the northbound oncoming vehicle which Plaintiff was operating, resulting in a collision.

## F. FEDERAL TORT CLAIMS ACT

7. The failure by JOSE RIOS to yield the right of way to an oncoming vehicle, turning right in the path of the vehicle operated by the Plaintiff, constitutes negligent conduct. Specifically, JOSE RIOS was an employee of Defendant and was acting in the course and scope of his office or employment and had a duty to exercise ordinary care and operate the motor vehicle in a reasonably safe and prudent manner. Under the laws of the State of Texas, a private person would have been liable to Plaintiff for this act/omission. Under 28 U.S.C. §2674, the United States is liable to Plaintiff for his damages resulting from the personal injury described below:

## G. DAMAGES

8. As a direct and proximate result of Defendant's negligence, plaintiff suffered the following injuries and damages:

    a. Physical pain and mental anguish in the past and future.

    b. Lost earnings.

    c. Loss of earning capacity.

    d. Disfigurement in the past and future.

    e. Physical impairment in the past and future.

    f. Medical expenses in the past.

    g. Property Damage (including loss of use and diminished vehicle value).

## H. JURY DEMAND

9. Plaintiff respectfully request a jury trial in this matter and submits payment of the jury fee herewith.

## I. PRAYER

10. For these reasons, Plaintiff asks for judgment against defendant for the following:

    a. Actual damages of $50,000.00.

    b. Costs of suit.

    c. Prejudgment and post-judgment interest.

    d. All other relief the Court deems appropriate.

Respectfully submitted,

**THE LAW OFFICE OF JOE BRAD BROCK**
400 Mann Street, Suite 1000
Corpus Christi, Texas 78401
Telephone (361) 884-1086
Facsimile (361) 884-8446
Email joebrad@thebrocklawfirm.com

/s/ Joe Brad Brock
Joe Brad Brock
Federal ID No.: 17573
Texas State Bar No. 03040830

**ATTORNEY FOR PLAINTIFF**